## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**CASE NO.: 12-50055-KKS**
**Chapter: 7**

IN RE:
SMITH, DAVID A.,

        **DEBTOR(S).**

_____/

## MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL
## LIENS, ENCUMBRANCES AND INTERESTS

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND FOR HEARING

    Pursuant to Local Rule 2002-2, the court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317.

    If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and may grant the relief requested.

---

    COMES NOW, Mary W. Colón, Trustee, and moves for authority to sell Debtor's

One-Half interest in real property located at Country Club Drive, Panama City, Bay

County, Florida, identified as Bay County Parcel ID No. 07400-517-000, and more

particularly described as:

        Lot 48, SANDY CREEK RANCH & COUNTRY PHASE II, as recorded in

        Plat Book 14, Pages 35 – 38, of the Public Records of Bay County, Florida

1.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (M), (N), and (O).

2.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The basis for the relief requested herein are, *inter alia,* 11 U.S.C. §§ 105, 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004.

4.  On 02/07/12, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5.  Mary W. Colón was appointed Chapter 7 Trustee (the "Trustee").

6.  The Debtor owns real property with Bradley Gannon Buzzet, by virtue of a deed, located at Country Club Drive, Panama City, Bay County, Florida, identified as Bay County Parcel ID No. 07400-517-000, and more particularly described as:

    Lot 48, SANDY CREEK RANCH & COUNTRY PHASE II, as recorded in Plat Book 14, Pages 35 – 38, of the Public Records of Bay County, Florida

    (hereinafter "the Property").

7.  Based on Debtor's schedules, the property is free and clear of liens, but purchaser is buying subject to any and all liens, encumbrances, and interests.

8.  The Trustee is not aware of any liens on the Property, however, the sale is subject to any liens and encumbrances.

9.      The current offer is the only viable offer presented to the estate.  Other

offers were presented during the administration of this case but none of

the purchasers moved forward with the sale.

## AUTHORITY TO SELL

10.     Pursuant to §363(b)(1) of the Bankruptcy Code, a trustee, after notice and

hearing, may use, sell or lease property of the estate other than in the

ordinary course of business.

11.     *The Trustee contemporaneously filed a Notice of Intent to Sell Real*

*Property (with negative notice) the aforesaid property with this Court and*

*served it upon the creditors and interested parties, "as is", "where is".*

Should the Trustee receive no objection to this Motion or the

contemporaneously filed Notice of Intent to Sell Real Property, it is the

intent of the Trustee to submit an Order to this Court authorizing the

Trustee to proceed to close this purchase and distribute the proceeds

according to that outlined in the Notice of Intent to Sell Real Property.

12.     Purchaser has agreed, subject to Court approval, to pay to the Trustee the

sum of $1,000.00 in exchange for the Property subject to any and all liens,

encumbrances, or interests.  A proposed closing statement is attached as

Exhibit "A".

13.     The Trustee, in the exercise of her business judgment, believes, and

therefore avers, that the proposed sale is in the best interest of the

creditors of the bankruptcy estate insofar as this is the highest and best

offer for this fractional interest, the Trustee is more familiar with the current

market than other interested parties, and a sale under this motion serves the best interest of all interested parties.

WHEREFORE, Trustee requests this Court enter an order substantially in the form attached hereto as Exhibit "B" authorizing the Trustee to sell the Property, execute a deed and other documents necessary for the closing and granting the Trustee such other and further relief as is just and proper.

DATED October 30, 2014.

/S/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
Smith, Thompson, Shaw,
    Minacci & Colón, PA
P. O. Box 14596
Tallahassee, FL 32317
Telephone No.: (850) 241-0144
Facsimile:  (850) 702-0735
mcolon@7trustee.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished:

By Electronic Mail to:
Ethan Andrew Way, Esq., Way Law Firm, P.A., 207 West Park Avenue, Tallahassee, FL 32301

Charles F. Edwards, Esq., Office of the U.S. Trustee, 110 East Park Avenue, Room 128, Tallahassee, FL 32301

By U.S. Mail to: David A. Smith, 122 Cabell Drive, Port Saint Joe, FL 32456

<u>By U.S. Mail and by Certified Mail Return Receipt Requested</u>:

Bradley Gannon Buzzett
124 Cabell Drive
Port St. Joe, Florida 32456


Dated:  October 30, 2014.

/s/ Mary W. Colón_____

## CLOSING STATEMENT

**BUYER:**          **Partnership Liquidity Investors, LLC**

**SELLER:**          **Mary W. Colón, Trustee under Bankruptcy Case Re: David A. Smith,
                     Case No. 12-50055-KKS pending U.S. Bankruptcy Court Northern
                     District of Florida**

**PROPERTY:**          **Debtor's Interest in property located at xx Country Club Drive, Panama
                     City, Florida, identified as Bay County parcel no. 07400-517-000.**

**DATE:**          **December ____, 2014**

I. **SUMMARY OF BUYER'S TRANSACTION**

```
    A. Gross Amount Due From Buyer
        1. Purchase Price                    $  1,000.00
        2. Documentary Stamps/Recording Fees: $    407.00
        Trustee's Deed recording   @ $300.00
        Trustee's Deed doc. Stamps @ $ 7.00 ($1,000)
        Rec. services/Fed Exp to STSMC @ $100.00
                    Total                    $  1,407.00

    B.  Credits                              $    250.00

    C.  Amount of Buyer's Cashiers Checks
        1.Payable to Mary W. Colon, Trustee  $    750.00
        2.Payable to Smith, Thompson,Shaw,   $    407.00
            Minacci & Colon, PA
```

II.          **SUMMARY OF SELLERS' TRANSACTION**

```
    A. Gross Amount Due to Seller
        1. Sale Price                        $  1,000.00

                    Total                    $  1,000.00

    B. Reductions in Amount due to Seller
        1. Amounts received by Seller        $    250.00

    C. Amount of check to Seller             $    750.00
```

**The parties understand and acknowledge that all recording fees and documentary stamp taxes
associated with the transaction shall be paid by Buyer and that the recording of the Trustee's
deed shall be the responsibility of the Seller. The parties agree that there will be no pro-ration
of ad valorem taxes. Buyer is responsible for all current and prior ad valorem taxes.   The
original recorded Trustee's Deed will be forwarded to Buyer and any overage in recording fees
will be refunded to Buyer by Smith, Thompson, Shaw, Minacci & Colón, P.A.**

**Buyer:  Partnership Liquidity Investors, LLC**

_____

**By: Jerome A. Fink, Manager**

**Seller:**

_____

**Mary W. Colón, Trustee under Bankruptcy
Case Re: David A. Smith,
Case No. 12-50055-KKS pending in the
U.S. Bankruptcy Court Northern District of Florida**



**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**CASE NO: 12-50055-KKS**
IN RE:                                                    **CHAPTER 7**
SMITH, DAVID A.,

     Debtor,

_____/

## ORDER GRANTING MOTION TO SELL REAL PROPERTY SUBJECT TO ANY AND ALL LIENS, ENCUMBRANCES AND INTERESTS (Doc. )

THIS CAUSE having come before the Court upon Trustee's Notice of Intent to Sell Real Property (Doc. 83), *with negative notice*, and Motion to Sell Real Property Subject to Any and All Liens, Encumbrances and Interests (Doc. ), and there being no objection filed with the Court and no hearing being required, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The relief requested in the motion is GRANTED.

2. The Trustee is authorized to sell the property identified as Bay County parcel I. D. 07400-517-000 to Partnership Liquidity Investors, LLC for $1,000.00 under the terms set forth in the Notice of Intent to Sell Real Property and Personal Property (Doc. 83).

3. The Trustee shall deposit the settlement proceeds from the sale of the property into the bankruptcy estate's trust account, to be held there until this Court approves disbursement of these funds.



EXHIBIT

"B"

4.  The Trustee is authorized to execute any and all documents, including a deed, to

effectuate the sale.

DONE AND ORDERED on this _____ day of _____ 2014.


_____
KAREN K. SPECIE
United States Bankruptcy Judge


Order Prepared by:
Mary W. Colón, Esq.